UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                                                   **Case No. 05-CR-123**

**RONALD CRITTENDEN,**

    **Defendant.**

## ORDER

Pursuant to 28 United States Code, Section 455(a), I herewith recuse myself from participation in this case. Accordingly,

**IT IS ORDERED** that this matter be returned to the Clerk of Court for reassignment to another judge.

Dated at Milwaukee, Wisconsin, this 2nd day of September, 2005.

                                            **BY THE COURT:**

                                            s/ Rudolph T. Randa

                                            _____
                                            **Hon. Rudolph T. Randa**
                                            **Chief Judge**